# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| EFFIE CAMPBELL SIEGLING BOWERS by and through her ATTORNEY-IN-FACT TERRELL W. BOWERS, <br><br>    Plaintiff, <br><br> v. <br><br> BRANCH BANKING AND TRUST COMPANY, Successor in merger to BRANCH BANKING AND TRUST COMPANY OF SC, and STERLING CAPITAL MANAGEMENT, LLC, Successor in merger to BB&T ASSET MANAGEMENT, LLC, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:15-cv-00011-MTT ) ) ) ) ) ) ) ) ) ) |

## AMENDED DEADLINES IN THE SCHEDULING AND DISCOVERY ORDER

With the consent of the parties, the Court sets the following amended deadlines for discovery in this case:

- Discovery shall expire February 19, 2016.
- The Plaintiff must disclose any expert witness who may testify at trial on or before November 19, 2015.
- The Defendants must disclose any expert witnesses who may testify on or before December 18, 2015.
- All Dispositive and *Daubert* motions must be filed on or before March 18, 2016.

All other provisions of the Scheduling and Discovery Order issued in this case by the Court on May 22, 2015, remain unchanged.

**SO ORDERED**, this 22nd day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT