IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EFFIE CAMPBELL SIEGLING BOWERS by and through her ATTORNEY-IN-FACT TERRELL W. BOWERS,<br><br>　　Plaintiff,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY, Successor in merger to BRANCH BANKING AND TRUST COMPANY OF SC, and STERLING CAPITAL MANAGEMENT, LLC, Successor in merger to BB&T ASSET MANAGEMENT, LLC,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 4:15-CV-00011-MTT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 7th day of December, 2015.

　　　　　　　　　　　　　　　　　　S/ Marc T. Treadwell
　　　　　　　　　　　　　　　　　　MARC T. TREADWELL, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT